UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                        Case Number: 19-20398

v.

                                        Honorable Thomas L. Ludington

MELVIN LAWRENCE,                         Magistrate Judge Patricia T. Morris

        Defendant.
_____/

**<ins>ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING
DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA
AGREEMENT UNDER ADVISEMENT</ins>**

On March 4, 2020, United States Magistrate Judge Patricia T. Morris conducted a plea

hearing pursuant to Defendant Melvin Lawrence's consent. ECF No. 42. The magistrate judge

issued her report the same day, recommending that this Court accept Defendant's plea of guilty.

ECF No. 46.

Although the magistrate judge's report explicitly stated that the parties to this action could

object to and seek review of the recommendation within fourteen days of service of the report,

neither Plaintiff nor Defendant filed any objections. The failure to file objections waives any right

to appeal the magistrate judge's findings that Defendant was competent to enter a plea, and that

the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* Fed.

R. Crim. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation,

ECF No. 46, is **ADOPTED**.

It is further **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11

Plea Agreement, ECF No. 44, is taken **UNDER ADVISEMENT**.


Dated: March 19, 2020                                    s/Thomas L. Ludington
                                                         THOMAS L. LUDINGTON
                                                         United States District Judge