UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MELVIN COREY LAWRENCE III,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

Case No. 1:19-cr-20398
Case No. 1:21-cv-11333

Honorable Thomas L. Ludington
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PETITIONER'S § 2255 MOTION TO VACATE**

This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report, ECF No. 73, recommending that the undersigned deny Petitioner Melvin Corey Lawrence III's § 2255 motion to vacate, ECF No. 58.

Although the Report states that the parties could object to and seek review of the recommendation within 14 days of service, neither Petitioner nor Respondent filed any objections. They have therefore waived their right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Magistrate Judge Morris's Report and Recommendation, ECF No. 73, is **ADOPTED**.

Further, it is **ORDERED** that Petitioner's § 2255 Motion to Vacate, ECF No. 58, is **DENIED**. The above-captioned civil case will be closed through a judgment to follow.

Dated: January 19, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge